Jesse M. Showalter (026628)
Lauren E. Channell (033484)
**ROBBINS CURTIN MILLEA & SHOWALTER, LLC**
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Tel: (602) 400-4400
Fax: (602) 265-0267
jesse@rcmslaw.com
lauren@rcmslaw.com
*Attorneys for Plaintiff Tyron McAlpin*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Tyron McAlpin, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>City of Phoenix, a municipality; Benjamin Harris, an individual; Kyle Sue, an individual; and Jorge Acosta, an individual,<br><br>    Defendants. | No. 2:25-cv-00757-KML-JZB<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY** |

NOTICE IS HEREBY GIVEN that on October 27, 2025, Plaintiff served Defendants' counsel with the discovery listed below by electronic mail:

1. Plaintiff's Response to Defendants' First Set of Interrogatories to Plaintiff
2. Plaintiff's Response to Defendants' First Set of Requests for Production to Plaintiff

RESPECTFULLY SUBMITTED this 27th day of October, 2025.

                                            **ROBBINS CURTIN MILLEA & SHOWALTER, LLC**

                                            By:   /s/ Jesse M. Showalter
                                                 Jesse M. Showalter
                                                 Lauren E. Channell
                                                 301 E. Bethany Home Rd., Ste. B-100
                                                 Phoenix, AZ 85012
                                                 *Attorneys for Plaintiff Tyron McAlpin*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kathleen L. Wieneke
Christina Retts
Wieneke Law Group, PLC
1225 W. Washington St., Ste. 313
Tempe, AZ 85288
kwieneke@wienekelawgroup.com
cretts@wienekelawgroup.com
*Attorneys for Defendants*

By:   /s/ Julie W. Molera