Jesse M. Showalter (026628)
Lauren E. Channell (033484)
**ROBBINS CURTIN MILLEA & SHOWALTER, LLC**
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Tel: (602) 400-4400
Fax: (602) 265-0267
jesse@rcmslaw.com
lauren@rcmslaw.com
*Attorneys for Plaintiff Tyron McAlpin*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Tyron McAlpin, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a municipality; Benjamin Harris, an individual; Kyle Sue, an individual; and Jorge Acosta, an individual,<br><br>Defendants. | No. 2:25-cv-00757-KML-JZB<br><br>**PLAINTIFF'S NOTICE OF VIDEOTAPED DEPOSITION OF DEFENDANT KYLE SUE** |

**YOU ARE HEREBY NOTIFIED** that, pursuant to Rule 30, Fed. R. Civ. P., the *videotaped* deposition will be taken upon oral examination of the person whose name is stated below at the time and place stated below before an officer authorized by law to administer oaths:

| | |
|---|---|
| **PERSON TO BE EXAMINED:** | Defendant Kyle Sue |
| **DATE & TIME OF DEPOSITION:** | December 8, 2025, at 9:00 a.m. |
| **PLACE OF DEPOSITION:** | Robbins Curtin Millea & Showalter, LLC<br>301 E. Bethany Home Rd., Ste. B-100<br>Phoenix, AZ 85012 |
| **TRANSCRIPTION BEFORE WHOM DEPOSITION WILL BE TAKEN:** | Donna DeLaVina Reporting, LLC<br>313 N. Gilbert Rd., Ste. 300<br>Gilbert, AZ 85234 |

| | |
|---|---|
| **VIDEOGRAPHER BEFORE WHOM DEPOSITION WILL BE TAKEN:** | K-Video Productions<br>10214 N. Tatum Blvd., Ste. A1600<br>Phoenix, AZ 85028 |

Pursuant to Rules 30(b)(2) and 34, Fed. R. Civ. P., you are instructed to bring with you to the deposition the following: All documents, materials, and/or things reviewed in preparation for your deposition.

DATED this 21st day of November, 2025.

**ROBBINS CURTIN MILLEA & SHOWALTER, LLC**

By: /s/ Jesse M. Showalter
Jesse M. Showalter
Lauren E. Channell
301 E. Bethany Home Rd., Ste. B-100
Phoenix, AZ 85012
*Attorneys for Plaintiff Tyron McAlpin*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kathleen L. Wieneke
Christina Retts
Wieneke Law Group, PLC
1225 W. Washington St., Ste. 313
Tempe, AZ 85288
kwieneke@wienekelawgroup.com
cretts@wienekelawgroup.com
*Attorneys for Defendants*

By: /s/ Julie W. Molera