Jesse M. Showalter (026628)
Lauren E. Channell (033484)
**ROBBINS CURTIN MILLEA & SHOWALTER, LLC**
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Tel: (602) 400-4400
Fax: (602) 265-0267
jesse@rcmslaw.com
lauren@rcmslaw.com
*Attorneys for Plaintiff Tyron McAlpin*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Tyron McAlpin, an individual, | No. 2:25-cv-00757-KML-JZB |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF VIDEOTAPED DEPOSITION OF JEFFREY FIELDS** |
| City of Phoenix, a municipality; Benjamin Harris, an individual; Kyle Sue, an individual; and Jorge Acosta, an individual, | **(Via Zoom)** |
| Defendants. | |

**YOU ARE HEREBY NOTIFIED** that, pursuant to Rule 30, Fed. R. Civ. P., the *videotaped* deposition will be taken upon oral examination of the person whose name is stated below at the time and place stated below before an officer authorized by law to administer oaths:

**PERSON TO BE EXAMINED:**  Jeffrey Fields

**DATE & TIME OF DEPOSITION:**  May 27, 2026, at 10:00 a.m.

**PLACE OF DEPOSITION:**  Virtual Deposition via Zoom
https://us06web.zoom.us/j/88047474210?pwd=NzqPtsemtTJElJVCIYU2ta6phZEOTp.1

**TRANSCRIPTION BEFORE WHOM DEPOSITION WILL BE TAKEN:**  Donna DeLaVina Reporting, LLC
313 N. Gilbert Road, Suite 300
Gilbert, Arizona 85234

- The deponent shall appear at a location of his/her choosing for the videoconference deposition. The deponent shall not wear a mask during the deposition. The deponent will provide their own computer with audio and video capabilities for a videoconference deposition. The deponent shall arrange the computer so that the video captures his/her face and upper body, and will ensure that the video and audio are enabled during the entire time that the deposition is on the record.

- The deponent, one counsel for each party, and the court reporter shall be visible with their video and audio activated at all times during the deposition. To conserve bandwidth, any other attendees, after having made a formal appearance on the record, shall turn off their video camera and audio, unless a request is made during the deposition for good cause.

- No person is to communicate with the deponent while the deposition is proceeding, other than via the videoconference deposition. If any counsel representing the deponent makes an appearance and wishes to communicate with the deponent, the counsel shall so state, the deposition will be temporarily suspended, and the deponent and his/her counsel may then communicate privately.

- The court reporter will provide counsel with a videoconference link for the deposition.

- The court reporter will video record the deposition.

Pursuant to Rules 30(b)(2) and 34, Fed. R. Civ. P., you are instructed to bring with you to the deposition the following: All documents, materials, and/or things reviewed in preparation for your deposition.

DATED this 29th day of April, 2026.

**ROBBINS CURTIN MILLEA & SHOWALTER, LLC**

By: /s/ Jesse M. Showalter
Jesse M. Showalter
Lauren E. Channell
301 E. Bethany Home Rd., Ste. B-100
Phoenix, AZ 85012
*Attorneys for Plaintiff Tyron McAlpin*

**ROBBINS CURTIN MILLEA & SHOWALTER, LLC**
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Telephone: (602) 400-4400 ♦ Fax: (602) 265-0267

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kathleen L. Wieneke
Christina Retts
Wieneke Law Group, PLC
1225 W. Washington St., Ste. 313
Tempe, AZ 85288
kwieneke@wienekelawgroup.com
cretts@wienekelawgroup.com
*Attorneys for Defendants*

By:     /s/ Julie W. Molera

ROBBINS CURTIN MILLEA & SHOWALTER, LLC
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Telephone: (602) 400-4400 ♦ Fax: (602) 265-0267