Jesse M. Showalter (026628)
Lauren E. Channell (033484)
**ROBBINS CURTIN MILLEA & SHOWALTER, LLC**
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Tel: (602) 400-4400
Fax: (602) 265-0267
jesse@rcmslaw.com
lauren@rcmslaw.com
*Attorneys for Plaintiff Tyron McAlpin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Tyron McAlpin, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a municipality; Benjamin Harris, an individual; Kyle Sue, an individual; and Jorge Acosta, an individual,<br><br>Defendants. | No. 2:25-cv-00757-KML-JZB<br><br>**JOINT REPORT ON SETTLEMENT TALKS** |

Pursuant to the Court's Orders (Docs. 32, 43), the parties, through undersigned counsel, hereby submit the following Joint Report on Settlement Talks.

The parties participated in a private mediation on November 3, 2025; however, they were not able to reach a settlement. At this time, the parties do not need assistance from the Court in seeking settlement of this matter.

RESPECTFULLY SUBMITTED this 18th day of June, 2026.

**ROBBINS CURTIN MILLEA & SHOWALTER, LLC**

By: /s/ Jesse M. Showalter
Jesse M. Showalter
Lauren E. Channell
301 E. Bethany Home Rd., Ste. B-100
Phoenix, AZ 85012
*Attorneys for Plaintiff Tyron McAlpin*

ROBBINS CURTIN MILLEA & SHOWALTER, LLC
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Telephone: (602) 400-4400 ♦ Fax: (602) 265-0267

ROBBINS CURTIN MILLEA & SHOWALTER, LLC
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Telephone: (602) 400-4400 ♦ Fax: (602) 265-0267

**WIENEKE LAW GROUP, PLC**

By: /s/ Christina Retts (w/permission)
Kathleen L. Wieneke
Christina Retts
1225 W. Washington St., Ste. 313
Tempe, AZ 85288
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kathleen L. Wieneke
Christina Retts
Wieneke Law Group, PLC
1225 W. Washington St., Ste. 313
Tempe, AZ 85288
kwieneke@wienekelawgroup.com
cretts@wienekelawgroup.com
*Attorneys for Defendants*

By: /s/ Julie W. Molera